IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-100-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSHUA LEMONT CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel represents defendant. This court has not authorized hybrid representation. Thus, this court DENIES defendant's pro se motion to attack his advisory guideline range [D.E. 66].

SO ORDERED. This 2 day of October, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge