UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-00100-D-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER TO SEAL** |
| | ) | Docket Entry ___ |
| JOSHUA LEMONT CLARK, | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Motion to Seal Docket Entry Number 71, filed on November 18, 2026, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Docket Entry Number 71, be sealed.

This 18 day of November, 2026.

J. Dever

THE HONORABLE JAMES C. DEVER III
United States District Judge